IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

WAYNE A. BROCK              )
                            )
v.                          )    No. 2:10-0075
                            )
MICHAEL J. ASTRUE,          )
    Commissioner of Social Security )

O R D E R

The defendant's motion excepting the filing of the administrative record (Docket Entry No. 11) is GRANTED.

In accord with section 5.09 of Administrative Order No. 157, the defendant shall file and the Clerk shall accept for filing and maintain the hard copy of the administrative record. The defendant shall not be required to file the administrative record electronically and the Clerk shall not be required to scan the administrative record.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge